Michael W. Flanigan
1029 W. 3rd Ave., Suite 250
Anchorage, Alaska, 99501
Telephone: (907) 279-9999
Fax: (907) 258-3804
email: Waltherflanigan@cs.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| MARTY THOMAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 3:09-cv- _____ [    ] |
| ) | |
| UNITED STATES OF AMERICA ) | |
| ) | |
| Defendant. ) | |
| ) | |

**PLAINTIFF'S COMPLAINT**

Comes Now Plaintiff and for his Complaint, states and alleges as follows:

1. Plaintiff is a resident of Anchorage, Alaska and a former member of the U.S. Armed Forces, having served in the U.S. Air Force and having been honorably discharged with a disability rating.

2. Plaintiff received medical care and treatment from the United States Air Force and the Veteran's Administration at various locations, including Anchorage, Alaska from 1998 to date.

3. This Court has jurisdiction pursuant to 28 USC § 1346(b) and 28 USC §§ 2671 et seq. (FTCA)

4. Plaintiff, over the years, 1998-2006, developed a variety of symptoms, including

very large weight gain, headaches, and mental problems. MRIs and PET scans were recommended by his treating health care providers employed by the United States to find out if there was an organic cause of these potentially brain related problems. No such studies were performed and as a result Plaintiff's medical providers were unable to successfully diagnose or treat Plaintiff for his medical condition. As a result Plaintiff was unaware himself of what was causing his medical condition.

5. Finally in 2006, an MRI brain scan was finally performed on Plaintiff which demonstrated a brain tumor in plaintiff's left frontal lobe of his brain, which explained the cause of Plaintiff's medical condition.

6. On November 9, 2006, neurosurgery was performed in Anchorage, Alaska and the surgeons removed a portion of a cancerous tumor from the left frontal lobe of his brain. Not all of the tumor could be removed. Plaintiff was subsequently advised by his care providers that that he had terminal brain cancer.

7. Plaintiff's cancer was so advanced by November 9, 2006, that all of the cancer could no longer be destroyed by surgery, radiation or chemotherapy. The advanced stage of Plaintiff's cancer was a direct and legal result of Defendants' failure to provide brain imaging of a type that could detect Plaintiff's brain cancer at an early stage.

8. The defendant's treatment of plaintiff fell below the standard of care for the health care providers and the health care system that approves or disapproves imaging procedures, by failing to order or preventing the talking of CAT, MRI, PET or other appropriate diagnostic imaging of plaintiff's brain, which would have diagnosed the malignant brain tumor, which had long been growing in his brain.

9. As a legal result of the defendant's negligence, plaintiff's brain tumor was not

detected in sufficient time to eradicate his brain cancer. Alternatively, the detection of plaintiff's brain tumor was sufficiently delayed so as to lower the changes of plaintiff's brain cancer being eradicated.

10. As a legal result of Defendants' negligence, Plaintiff has and will suffer unnecessarily both before and after his surgery: lost earnings and earning capacity; medical and life care costs; has had his life expectancy severely impaired; unnecessary pain, suffering and emotional distress.

11. Plaintiff submitted an Administrative Claim Form 95 on August 22, 2006, alleging negligence and damages. On March 9, 2009, the Defendant denied Plaintiff's claim. Thus Plaintiff has exhausted his administrative remedies. This suit was filed within six months of the denial of the administrative claim and is therefore timely.

WHEREFORE, plaintiff asks that he be given judgment against the United States of America for an amount to be proven at trial, in an amount to exceed one million dollars, for all injuries and damages sustained by him as a result of the negligence of the defendant, its agencies and employees and for such other relief as the Court may deem just.

DATED at Anchorage, Alaska this 8th day of September, 2009.

                                              _____
                                              (*s*) Michael W. Flanigan,
                                                ABA# 7710114
                                                1029 W. 3rd Ave., Suite 250
                                                Anchorage, Alaska, 99501
                                                Telephone: (907) 279-9999
                                                Fax: (907) 258-3804
                                                email: Waltherflanigan@cs.com
                                                Attorneys for Plaintiff